

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00035-CV

Carol **OCHSE** and William W. Ochse, III, individually and as trustee of the William W. Ochse III Family 2008 Trust,
Appellants

v.

Cynthia Cadwallader **OCHSE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-00062
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellants.

SIGNED November 18, 2020.

_____
Rebeca C. Martinez, Justice